Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                                          :
Fosamax Products Liability Litigation      :         1:06-md-1789 (JFK)
                                                                  :
-----------------------------------------------------x
*This Document Relates to:*                    :         **NOTICE OF APPEARANCE**
Patsy M. Jones and                               :
Robert R. Jones                                     :
v. Merck & Co., Inc.                             :
                                                                  :
Case No: 1:08-cv-5243-JFK                  :
-----------------------------------------------------x

PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action. All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: July 10, 2008
      New York, New York               Respectfully submitted,


By: _____/s/_____
       Paul F. Strain


       Venable LLP
       750 E. Pratt Street, Suite 900
       Baltimore, Maryland 21202
       (410) 244-7717
       Fax: (410) 244-7742
       Email: pfstrain@venable.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on July 10, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

         /s/     
_____
Paul F. Strain

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7717
Fax: (410) 244-7742
Email: pfstrain@venable.com
